**J. CHR. G. HUPFEL CO., Inc., Plaintiff-Appellant, v. Charles W. ANDERSON, as United States Collector of Internal Revenue for the Third District of New York, Defendant-Appellee.**

No. 141.

Circuit Court of Appeals, Second Circuit.

Feb. 15, 1932.

For opinion below, see 51 F.(2d) 115.

L. L. Hamby, of Washington, D. C., and Augustus S. Mapes, of New York City, for appellant.

George Z. Medalie, U. S. Atty., of New York City (Leon E. Spencer, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Clarke v. Haberle Crystal Springs Co., 280 U. S. 384, 50 S. Ct. 155, 74 L. Ed. 498.

**Isamu KOBAYASHI, Appellant, v. John D. NAGLE, Commissioner of Immigration, Port of San Francisco, California, Appellee.**

No. 6424.

Circuit Court of Appeals, Ninth Circuit.

March 18, 1932.

Philip M. Zwerin and George R. Andersen, both of San Francisco, Cal., for appellant.

Geo. J. Hatfield, U. S. Atty., and H. A. Van Der Zee, Asst. U. S. Atty., both of San Francisco, Cal, for appellee.

Before WILBUR and SAWTELLE, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, ordered appeal dismissed.

**Wm. A. MARSHALL, Deputy Comm'r, 14th Compensation Commission, etc., and T. Bromberg, Appellants, v. LUCKENBACH STEAMSHIP CO., a Corporation, Appellee.**

No. 6787.

Circuit Court of Appeals, Ninth Circuit.

March 15, 1932.

See, also, 49 F.(2d) 625.

Before WILBUR and SAWTELLE, Circuit Judges, and ST. SURE, District Judge.

PER CURIAM.

Pursuant to motion of counsel for appellees, ordered appeal dismissed for failure of appellants to file record and docket cause.